# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | ] |
|---|---|
| v. | ] Case No.: 7:12-cr-00044-AKK-JEO |
| **TERESA WYNN PRICE,** | ] |
| **Defendant.** | ] |

## ORDER

The court has for consideration Defendant's request for leave to file and out-of-time appeal and for appointment of new counsel, Defendant's motion to amend judgment, and counsel for Defendant's motion to withdraw. Docs. 20, 22, and 23. Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, doc. 25, the court finds that Defendant simply failed to show the excusable neglect or good cause necessary for the court to allow her appeal and is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. As a result, for the sound reasons articulated in the Magistrate's Report and Recommendation, Defendant's motion is **DENIED** and her request for new counsel is **MOOT**. Counsel for Defendant's motion to withdraw, doc. 23, is also **MOOT**. Finally, Defendant's motion to amend the judgment to recommend that the Bureau of Prisons house her in a medical facility is **DENIED** since the BOP employs medical personnel with the expertise to evaluate prisoners and to make decisions related to the medical treatment they need, including decisions regarding which BOP facilities are best suited for a prisoner's medical needs.

Done this the 29th day of January, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE